of Supreme Court, Erie County, Morton, J.—negligence.) Present—Denman, J. P., Boomer, Green, Pine and Balio, JJ.

■ MARGARET J. SANSONE, Individually and as Mother and Natural Guardian of JAMES JORDAN, Appellant, v JAMES A. LAKE et al., Respondents, and PAUL K. DONOHUE et al., Appellants. PAUL K. DONOHUE, Appellant, v JAMES A. LAKE et al., Respondents. (And a Third-Party Action and Another Action.) (Appeal No. 2.) Present—Denman, J. P., Boomer, Green, Pine and Balio, JJ.

■ MARGARET J. SANSONE, Individually and as Mother and Natural Guardian of JAMES JORDAN, Appellant, v JAMES A. LAKE et al., Defendants; PAUL K. DONOHUE et al., Appellants, and MARRANO CORPORATION, Respondent. PAUL K. DONOHUE, Appellant, v JAMES A. LAKE et al., Respondents, et al., Defendants. (And a Third-Party Action and Another Action.) (Appeal No. 3.) Present—Denman, J. P., Boomer, Green, Pine and Balio, JJ.

■ MARGARET J. SANSONE, Individually and as Mother and Natural Guardian of JAMES JORDAN, Appellant, v JAMES A. LAKE et al., Defendants, and TOWN OF HAMBURG, Respondent. (And Another Action and a Third-Party Action.) (Appeal No. 4.) Present—Denman, J. P., Boomer, Green, Pine and Balio, JJ.

■ MARGARET J. SANSONE, Individually and as Mother and Natural Guardian of JAMES JORDAN, Plaintiff, v JAMES A. LAKE et al., Defendants. PAUL K. DONOHUE, Appellant, v JAMES A. LAKE et al., Defendants, and TOWN OF HAMBURG, Respondent. (And a Third-Party Action and Another Action.) (Appeal No. 5.) Present—Denman, J. P., Boomer, Green, Pine and Balio, JJ.

■ In the Matter of CORY MICHAEL F.